1

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

In Re:                              )   Case No. 17-32986-KLP
                                    )   Richmond, Virginia
THE GYMBOREE CORPORATION, et        )
al.,                                )
                                    )   December 11, 2017
          Debtors.                  )   11:04 a.m.
                                    )
-------------------------------- )

TRANSCRIPT OF HEARING ON
APPLICATION BY AP SERVICES, LLC AS CHIEF RESTRUCTURING OFFICER
AND CHIEF FINANCIAL OFFICER TO THE DEBTORS FOR APPROVAL OF THE
CONTINGENT SUCCESS FEE FILED BY THE GYMBOREE CORPORATION (FILED
10/16/17) [DOCKET NO.710];

FINAL APPLICATION OF MUNGER, TOLLES & OLSON LLP FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE
PERIOD JUNE 11, 2017 THROUGH SEPTEMBER 30, 2017 AS COUNSEL FOR
THE DEBTORS AND DEBTORS-IN-POSSESSION FILED BY THE GYMBOREE
CORPORATION (FILED 11/10/17)[DOCKET NO.775];

FINAL APPLICATION OF KUTAK ROCK LLP FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE
PERIOD JUNE 11, 2017 THROUGH SEPTEMBER 7, 2017 AS COUNSEL FOR
THE DEBTORS AND DEBTORS-IN-POSSESSION FILED BY THE GYMBOREE
CORPORATION (FILED 11/10/17)[DOCKET NO.776];

COMBINED MONTHLY AND FINAL FEE APPLICATION OF PRIME CLERK LLC,
ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES FOR (I) THE MONTHLY
PERIOD FROM SEPTEMBER 1, 2017 THROUGH SEPTEMBER 7, 2017AND (II)
THE FINAL PERIOD FROM JUNE 11, 2017 THROUGH SEPTEMBER 7, 2017
FILED BY THE GYMBOREE CORPORATION (FILED 11/10/17)[DOCKET
NO.778];

FINAL FEE APPLICATION OF DELOITTE & TOUCHE LLP AS FRESH START
ACCOUNTING PLANNING AND IMPLEMENTATION ADVISOR TO THE DEBTORS
AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM AUGUST 17, 2017
THROUGH SEPTEMBER 29, 2017 FILED BY THE GYMBOREE CORPORATION
(FILED 11/13/17)[DOCKET NO.787];

2

APPLICATION OF LAZARD FRERES & CO. LLC AS INVESTMENT BANKER TO THE DEBTORS FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED FOR THE PERIOD FROM JUNE 11, 2017 THROUGH SEPTEMBER 29, 2017 FILED BY THE GYMBOREE CORPORATION (FILED 11/13/17)[DOCKET NO.788];

FIRST INTERIM AND FINAL FEE APPLICATION OF THE SIEGFRIED GROUP, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ACCOUNTING RESOURCE PROVIDER TO THE DEBTORS FOR THE PERIOD FROM JUNE 11, 2017 THROUGH SEPTEMBER 7, 2017 FILED BY THE GYMBOREE CORPORATION (FILED 11/13/17)[DOCKET NO.791];

FIRST AND FINAL APPLICATION OF A&G REALTY PARTNERS, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS REAL ESTATE CONSULTANT AND ADVISOR TO THE DEBTORS FOR THE PERIOD FROM JUNE 11, 2017 THROUGH SEPTEMBER 7, 2017 FILED BY THE GYMBOREE CORPORATION (FILED 11/13/17)[DOCKET NO.792];

FINAL FEE APPLICATION OF KIRKLAND & ELLIS LLP AND KIRKLAND &ELLIS INTERNATIONAL LLP, ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM JUNE 11, 2017 THROUGH AND INCLUDING SEPTEMBER 7, 2017 FILED BY THE GYMBOREE CORPORATION (FILED 11/13/17)[DOCKET NO.793];

FIRST INTERIM AND FINAL APPLICATION OF TAVENNER & BERAN, PLC FOR ALLOWANCE OF COMPENSATION AND EXPENSE REIMBURSEMENT AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FILED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (FILED 11/13/17)[DOCKET NO.783];

FIRST APPLICATION FOR REIMBURSEMENT OF EXPENSES OF MEMBERS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FILED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (FILED 11/13/17)[DOCKET NO.784];

NOTICE AND FINAL FEE APPLICATION REQUEST OF HAHN & HESSEN LLP FILED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (FILED 11/13/17)[DOCKET NO.785];

FIRST INTERIM AND FINAL APPLICATION OF PROTIVITI INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 22, 2017 THROUGH AND INCLUDING SEPTEMBER 29, 2017 FILED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (FILED 11/13/17)[DOCKET NO.789];

BEFORE THE HONORABLE KEITH L. PHILLIPS
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Debtors:                    MATTHEW C. FAGEN, ESQ.
                                    KIRKLAND & ELLIS, LLP
                                    601 Lexington Avenue
                                    New York, NY 10022

For Official Creditors'             PAULA S. BERAN, ESQ.
Committee:                          TAVENNER & BERAN, PLC
                                    20 North Eighth Street
                                    Second Floor
                                    Richmond, VA 23219

                                    MARK S. INDELICATO, ESQ.
                                    HAHN & HESSEN LLP
                                    488 Madison Avenue
                                    New York, NY 10022

Transcription Services:             eScribers, LLC
                                    7227 North 16th Street
                                    Suite #207
                                    Phoenix, AZ 85020
                                    (973) 406-2250

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.

TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

Colloquy 4

THE COURT OFFICER: All rise. The United States Bankruptcy Court for the Eastern District of Virginia is now in session. The Honorable Keith L. Phillips presiding. Please be seated and come to order.

THE CLERK: In the matter of The Gymboree Corporation.

MR. FAGEN: Good morning, Your Honor.

THE COURT: Good morning.

MR. FAGEN: Matt Fagen of Kirkland & Ellis on behalf of the reorganized debtors. Your Honor, I haven't been back in front of you since the plan went effective on September 29th. I thought you'd appreciate that update.

On behalf of the company, I want to thank you and the court for an immensely successful reorganization -- and the other professionals from the committee who were involved and helped steer that way through.

We're here today just on professional fee applications, final approval of those. I'm happy to report that there have been no objections filed to any of the fee applications. And I want to just make my way down the agenda right now.

THE COURT: All right. Very well. Were you expecting the U.S. Trustee to be present, or have you conferred with the U.S. Trustee in connection with these applications?

MR. FAGEN: I have not conferred with the U.S. Trustee. I'd note that the U.S. Trustee did not object.

Colloquy                                     5

THE COURT:  Well, I noticed they didn't object.

MR. FAGEN:  Yeah.

THE COURT:  And I note that we're five minutes after 11 and they're not here, so you may proceed.

MR. FAGEN:  Thank you.  I'll start with the application of AP Services, LLC, as chief restructuring officer and chief financial officer of the debtors.  Again, no objections received to that, and I'd ask for approval of that application.

THE COURT:  All right.  Well, I have reviewed the application, and I am aware that contingent success fees are customary and have been approved in similar cases.  And as you mentioned at the outset, this is a successful case.  And I will approve the amount sought in the application.  I do find that the services were beneficial to the estate and that the fees are reasonable and were necessary.

MR. FAGEN:  Thank you, Your Honor.  Final application of Munger, Tolles & Olson as counsel for the debtors and debtors-in-possession, item 2 on the agenda.  Again, no objections filed and we ask for your approval.

THE COURT:  All right.  Once again, I have reviewed the application.  And I do see that there have been no objections filed.  It also appears that the services were reasonable and necessary and beneficial to the estate.  And there being no objections, I will approve the application.

MR. FAGEN:  Thank you, Your Honor.  Item 3 on the agenda is the final application for Kutak Rock.  Again, no objections filed and we ask for your approval.

THE COURT:  All right.  I've reviewed the application of Kutak Rock.  I do find, again, that the services were reasonable and necessary and beneficial to the estate.  This case did conclude successfully; and I will approve the fees requested in the application.

MR. FAGEN:  Thank you, Your Honor.  Item 4 on the agenda, the final fee application of Prime Clerk LLC as administrative advisor for the debtors.  No objections and we ask for your approval.

THE COURT:  All right.  I have reviewed the application of Prime Clerk, and I will approve the application in the amount requested.

MR. FAGEN:  Thank you, Your Honor.  Item 5 on the agenda is the final fee application of Deloitte & Touche as fresh-start accounting, planning, and implementation advisor for the debtors.  No objections filed, and we ask for your approval.

THE COURT:  Deloitte & Touche's fees, I do see that there've been no objections.  The services are reasonable and necessary and beneficial to the estate, and the application is approved.

MR. FAGEN:  Thank you, Your Honor.  Item 6 on the

agenda is the final fee application of Lazard as investment banker for the debtors.  No objections filed to the final fee application, and we ask for your approval.

THE COURT:  All right.  I have reviewed Lazard's application.  It's consistent with the employment retainer letter.  It also appears that there've been no objections to the application.  The case did result in a reorganization, a successful conclusion and confirmation of the Chapter 11 plan and its effectiveness.  There being no objections, I will find that the application represents services that were reasonable and necessary and beneficial to the estate and approve the application.

MR. FAGEN:  Thank you, Your Honor.  Item 7 on the agenda is the final fee application of the Siegfried Group as accounting resource provider for the debtors.  No objections filed and we ask for your approval.

THE COURT:  All right.  And I've neglected to ask, if there's any party that wishes to be heard in connection with any of these applications, please speak up.

Once again, there have been no objections filed to this application, and I will approve it finding that the services are reasonable and necessary and beneficial to the estate.

MR. FAGEN:  Thank you, Your Honor.  Item 8 on the agenda is the final application for A&G Realty Partners, LLC as

real estate consultant for the debtors.  No objections filed,
Your Honor, and we ask for your approval.

THE COURT:  I have reviewed the application of A&G
Realty Partners.  The services do appear to be reasonable and
necessary and beneficial to the estate.  I will find that they
are and will approve the application.

MR. FAGEN:  Thank you, Your Honor.  Item 9, the last
item for the debtor professionals, is the final fee application
of Kirkland & Ellis as counsel for the debtors.  No objections
filed and we ask for your approval, Your Honor.

THE COURT:  All right.  Thank you.  I've reviewed
Kirkland & Ellis' application.  It appears that there have been
no objections.  As I indicated previously, this case did result
in a confirmation of a Chapter 11 plan and its effectiveness.
It appears that this is a successfully resolved case.  There
being no objections, I will find that the services are
reasonable and necessary and beneficial to the estate, and will
approve the application.

MR. FAGEN:  Thank you, Your Honor.  That concludes the
matters for the debtor professionals.  I'll just note here that
we've submitted to chambers proposed orders for all of those
applications except for two, which will be uploaded shortly
after this hearing.

THE COURT:  All right, very good.  Thank you and --

MR. FAGEN:  I'll now --

THE COURT: -- congratulations on completing this case in a successful manner.

MR. FAGEN: Thank you very much. I'll cede the podium to the committee now.

THE COURT: Okay, thank you.

MS. BERAN: Good morning, Your Honor.

THE COURT: Good morning.

MS. BERAN: For the record, Paula Beran of the law firm of Tavenner & Beran. With me this morning at counsel table is Mark Indelicato of the law firm of Hahn & Hessen. Your Honor, there are four applications on today for the official committee of unsecured creditors and the professionals thereto. In connection with that, Your Honor, I can represent that the law firm of Tavenner & Beran served all of the requisite applications and notices on all requisite parties to date, and no objections have been received.

THE COURT: All right. Just before you start, I don't believe I saw an affidavit of service filed in connection with these applications. Is it -- I mean, you're representing that everybody was properly served. Can you see that an affidavit is filed?

MS. BERAN: Your Honor, as consistent with the local rules of this court, I believe there are certificates of service attached. If not, I apologize and will file an affidavit of service. I --

THE COURT:  And my notes indicate that the notice of the applications and the hearing indicated -- according to the applications, would shortly be provided by electronic or regular First Class postage pre-paid, so forth.  And I just didn't see that.  Maybe I've overlooked it.

But if you would just make sure, double-check, make sure that if it hasn't been filed, that it is filed.

MS. BERAN:  Certainly, Your Honor.  For example, in connection with the Tavenner & Beran application found at 783, Ms. Tavenner did certify that the notice of as well as the final application will be served -- has been or will be.  That is indicating that it had been.

I mean, technically we have changed our terminology on that, Your Honor, because you filed the application first and then send out the notice then we -- Tavenner & Beran is changing all of that --

THE COURT:  All right, if you --

MS. BERAN:  -- because technically when you file it electronically it has not been yet served.

THE COURT:  All right.  So you're certifying all these applications were served?

MS. BERAN:  Absolutely, Your Honor.

THE COURT:  Okay.

MS. BERAN:  And --

THE COURT:  All right.

MS. BERAN:  -- to the extent necessary, we're happy to do what has seemed to become the norm of this new -- the new norm of the affidavits of service, although it used to be traditionally the certificates of service attached to the actual pleading.

THE COURT:  That's fine.  I just want to make sure that it was properly served.  And your certifying so from the podium is fine with me.

MS. BERAN:  Thank you, Your Honor.

THE COURT:  And I do note there've been no objections to any of these applications.

MS. BERAN:  Thank you, Your Honor.

Your Honor, in connection with those four applications, the first one -- and I'm just doing it pursuant to the notice of the applications that were filed -- in connection with the first one it is the first and final of Tavenner & Beran for the time period as indicated for the amounts delineated.  As indicated, no objections have been filed.  We'd respectfully request that the Court grant the application.

THE COURT:  All right.  I did review the application. I do find that the services were reasonable and necessary and beneficial to the estate, and I will approve the application in the amount requested.

MS. BERAN:  Thank you, Your Honor.  Your Honor, the

second one on the actual notice is the application for reimbursement of expenses of members of the official committee of unsecured creditors pursuant to the compensation procedures order entered by Your Honor.  We have filed that application that is a compilation of many of the members' expenses.  As indicated, it has been noticed to all requisite parties.  To date there have been no objections, and we'd respectfully request that Your Honor grant the same.

THE COURT:  All right.  Thank you.  I've reviewed the application.  It does appear to be that the expenses are reasonable.  I will approve the payment of the expenses to the members of the committee.

MS. BERAN:  Thank you, Your Honor.  Your Honor, item number 3 from the notice perspective is the first interim and final fee application of Protiviti.  In connection with that, similar to the other two, it has been noticed on all requisite parties.  To date there have been no objections.  We'd respectfully request the Court grant the same as filed.

THE COURT:  All right.  I have reviewed the Protiviti application for compensation.  Once again, there are no objections.  I do find that the services were reasonable and beneficial to the estate, and I will approve the application in the amount requested.

MS. BERAN:  Thank you, Your Honor.  Your Honor, the fourth and final one on the committee's notice is the final fee

application of Hahn & Hessen for the amounts indicated in the notice.  I will note, Your Honor, that a supplemental fee application was also filed in the amount of $24,685.50 for compensation and expense reimbursement of additional $482.54.  Your Honor, this was for post-effective-date items.  Just that has been noticed as well.  We'd respectfully request that the Court grant both.

THE COURT:  All right.  I've reviewed the application and the supplemental application.  I do see there are no objections, that their services appear to be reasonable and necessary and beneficial to the estate.  I will find that they are.  We'll approve the application and the supplemental application in the amounts requested.

MS. BERAN:  Thank you, Your Honor.  Your Honor, that concludes the items on behalf of the committee.

THE COURT:  All right.  Very good.  Well, thank you to all the professionals.  This case was done very well.  It came to a successful conclusion.  That's beneficial to all the parties, not just the debtor, but the creditors.  And I appreciate your efforts in that regard.  Thank you.

MR. FAGEN:  Thank you, Your Honor.

THE COURT OFFICER:  All rise.  Court is now adjourned.

(Whereupon these proceedings were concluded at 11:15 AM)

14

I N D E X

| RULINGS: | PAGE | LINE |
|---|---|---|
| AP Services' application for contingent success fee is approved. | 5 | 13 |
| Final fee application of Munger Tolles is approved. | 5 | 25 |
| Kutak Rock final fee application is approved. | 6 | 7 |
| Final fee application of Prime Clerk is approved. | 6 | 14 |
| Deloitte & Touche's final fee application is approved. | 6 | 23 |
| Final fee application of Lazard Freres is approved. | 7 | 11 |
| First and final fee application of Siegfried Group is approved. | 7 | 21 |
| First and final fee application of A&G Realty is approved. | 8 | 5 |
| Kirkland & Ellis final fee application is approved. | 8 | 17 |
| First and final fee application of Tavenner & Beran is approved. | 11 | 23 |
| Request for reimbursement of expenses to members of the committee is approved. | 12 | 11 |
| First and final fee application of Protiviti is approved. | 12 | 22 |
| Final and supplemental fee applications of Hahn & Hessen are approved. | 13 | 12 |

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

15

**C E R T I F I C A T I O N**

I, Penina Wolicki, the court approved transcriber, do hereby certify the foregoing is a true and correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

*Penina Wolicki*

December 12, 2017

_____          _____

PENINA WOLICKI                             DATE

AAERT Certified Electronic Transcriber CET-569

eScribers, LLC │ (973) 406-2250
operations@escribers.net │ www.escribers.net

THE GYMBOREE CORPORATION, et al.
Case No. 17-32986-KLP

December 11, 2017

**$**

**$24,685.50 (1)**
13:3
**$482.54 (1)**
13:4

**A**

**A&G (2)**
7:25;8:3
**Absolutely (1)**
10:22
**according (1)**
10:2
**accounting (2)**
6:18;7:15
**actual (2)**
11:5;12:1
**additional (1)**
13:4
**adjourned (1)**
13:22
**administrative (1)**
6:11
**advisor (2)**
6:11,18
**affidavit (3)**
9:18,20,25
**affidavits (1)**
11:3
**Again (7)**
5:7,19,21;6:2,5;
7:20;12:20
**agenda (8)**
4:19;5:19;6:2,10,
17;7:1,14,25
**although (1)**
11:3
**amount (5)**
5:14;6:15;11:24;
12:23;13:3
**amounts (3)**
11:18;13:1,13
**AP (1)**
5:6
**apologize (1)**
9:24
**appear (3)**
8:4;12:10;13:10
**appears (4)**
5:23;7:6;8:12,15
**application (47)**
5:6,9,11,14,17,22,
25;6:2,4,8,10,14,14,
17,23;7:1,3,5,7,10,
12,14,21,25;8:3,6,8,
12,18;10:9,11,14;
11:20,21,23;12:1,4,
10,15,20,22;13:1,3,8,
9,12,13
**applications (14)**

4:17,19,23;7:19;
8:22;9:11,15,19;
10:2,3,21;11:11,14,
15
**appreciate (2)**
4:11;13:20
**approval (10)**
4:17;5:8,20;6:3,
12,20;7:3,16;8:2,10
**approve (12)**
5:14,25;6:7,14;
7:11,21;8:6,18;
11:23;12:11,22;
13:12
**approved (2)**
5:12;6:24
**attached (2)**
9:24;11:4
**aware (1)**
5:11

**B**

**back (1)**
4:9
**banker (1)**
7:2
**Bankruptcy (1)**
4:2
**become (1)**
11:2
**behalf (3)**
4:8,12;13:15
**beneficial (12)**
5:15,24;6:6,23;
7:11,22;8:5,17;
11:23;12:22;13:11,
18
**BERAN (20)**
9:6,8,8,9,14,22;
10:8,9,15,18,22,24;
11:1,9,12,17,25;
12:13,24;13:14
**both (1)**
13:7

**C**

**came (1)**
13:17
**can (2)**
9:13,20
**case (7)**
5:13;6:7;7:7;8:13,
15;9:1;13:17
**cases (1)**
5:12
**cede (1)**
9:3
**Certainly (1)**
10:8
**certificates (2)**
9:23;11:4

**certify (1)**
10:10
**certifying (2)**
10:20;11:7
**chambers (1)**
8:21
**changed (1)**
10:13
**changing (1)**
10:16
**Chapter (2)**
7:8;8:14
**chief (2)**
5:6,7
**Class (1)**
10:4
**CLERK (3)**
4:5;6:10,14
**committee (6)**
4:14;9:4,12;12:2,
12;13:15
**committee's (1)**
12:25
**company (1)**
4:12
**compensation (3)**
12:3,20;13:4
**compilation (1)**
12:5
**completing (1)**
9:1
**conclude (1)**
6:7
**concluded (1)**
13:23
**concludes (2)**
8:19;13:15
**conclusion (2)**
7:8;13:18
**conferred (2)**
4:22,24
**confirmation (2)**
7:8;8:14
**congratulations (1)**
9:1
**connection (8)**
4:23;7:18;9:13,18;
10:9;11:13,16;12:15
**consistent (2)**
7:5;9:22
**consultant (1)**
8:1
**contingent (1)**
5:11
**Corporation (1)**
4:5
**counsel (3)**
5:18;8:9;9:9
**COURT (39)**
4:1,2,7,13,21;5:1,
3,10,21;6:4,13,21;
7:4,17;8:3,11,24;9:1,
5,7,17,23;10:1,17,20,

23,25;11:6,10,19,21;
12:9,18,19;13:7,8,
16,22,22
**creditors (3)**
9:12;12:3;13:19
**customary (1)**
5:12

**D**

**date (3)**
9:16;12:7,17
**debtor (3)**
8:8,20;13:19
**debtors (9)**
4:9;5:7,18;6:11,
19;7:2,15;8:1,9
**debtors-in-possession (1)**
5:19
**delineated (1)**
11:18
**Deloitte (2)**
6:17,21
**District (1)**
4:2
**done (1)**
13:17
**double-check (1)**
10:6
**down (1)**
4:19

**E**

**Eastern (1)**
4:2
**effective (1)**
4:10
**effectiveness (2)**
7:9;8:14
**efforts (1)**
13:20
**electronic (1)**
10:3
**electronically (1)**
10:19
**Ellis (2)**
4:8;8:9
**Ellis' (1)**
8:12
**employment (1)**
7:5
**entered (1)**
12:4
**estate (12)**
5:15,24;6:6,23;
7:11,23;8:1,5,17;
11:23;12:22;13:11
**everybody (1)**
9:20
**example (1)**
10:8
**except (1)**

8:22
**expecting (1)**
4:21
**expense (1)**
13:4
**expenses (4)**
12:2,5,10,11
**extent (1)**
11:1

**F**

**FAGEN (18)**
4:6,8,8,24;5:2,5,
17;6:1,9,16,25;7:13,
24;8:7,19,25;9:3;
13:21
**fee (11)**
4:16,18;6:10,17;
7:1,2,14;8:8;12:15,
25;13:2
**fees (4)**
5:11,15;6:7,21
**file (2)**
9:24;10:18
**filed (20)**
4:18;5:20,23;6:3,
19;7:2,16,20;8:1,10;
9:18,21;10:7,7,14;
11:15,19;12:4,18;
13:3
**final (15)**
4:17;5:17;6:2,10,
17;7:1,2,14,25;8:8;
10:11;11:16;12:15,
25,25
**financial (1)**
5:7
**find (8)**
5:14;6:5;7:9;8:5,
16;11:22;12:21;
13:11
**finding (1)**
7:21
**fine (2)**
11:6,8
**firm (3)**
9:9,10,14
**First (6)**
10:4,14;11:14,16,
16;12:14
**five (1)**
5:3
**forth (1)**
10:4
**found (1)**
10:9
**four (2)**
9:11;11:13
**fourth (1)**
12:25
**fresh-start (1)**
6:18

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

(1) $24,685.50 - fresh-start

**front (1)**
4:10

## G

**Good (6)**
4:6,7;8:24;9:6,7;
13:16
**grant (4)**
11:19;12:8,18;
13:7
**Group (1)**
7:14
**Gymboree (1)**
4:5

## H

**Hahn (2)**
9:10;13:1
**happy (2)**
4:17;11:1
**heard (1)**
7:18
**hearing (2)**
8:23;10:2
**helped (1)**
4:15
**Hessen (2)**
9:10;13:1
**Honor (36)**
4:6,9;5:17;6:1,9,
16,25;7:13,24;8:2,7,
10,19;9:6,11,13,22;
10:8,14,22;11:9,12,
13,25,25;12:4,8,13,
13,24,24;13:2,5,14,
14,21
**Honorable (1)**
4:3

## I

**immensely (1)**
4:13
**implementation (1)**
6:18
**Indelicato (1)**
9:10
**indicate (1)**
10:1
**indicated (6)**
8:13;10:2;11:17,
18;12:6;13:1
**indicating (1)**
10:12
**interim (1)**
12:14
**investment (1)**
7:1
**involved (1)**
4:14
**item (10)**

5:19;6:1,9,16,25;
7:13,24;8:7,8;12:13
**items (2)**
13:5,15

## K

**Keith (1)**
4:3
**Kirkland (3)**
4:8;8:9,12
**Kutak (2)**
6:2,5

## L

**last (1)**
8:7
**law (3)**
9:8,10,14
**Lazard (1)**
7:1
**Lazard's (1)**
7:4
**letter (1)**
7:6
**LLC (3)**
5:6;6:10;7:25
**local (1)**
9:22

## M

**manner (1)**
9:2
**many (1)**
12:5
**Mark (1)**
9:10
**Matt (1)**
4:8
**matter (1)**
4:5
**matters (1)**
8:20
**may (1)**
5:4
**Maybe (1)**
10:5
**mean (2)**
9:19;10:13
**members (2)**
12:2,12
**members' (1)**
12:5
**mentioned (1)**
5:13
**minutes (1)**
5:3
**morning (5)**
4:6,7;9:6,7,9
**much (1)**
9:3

**Munger (1)**
5:18

## N

**necessary (11)**
5:16,24;6:6,23;
7:11,22;8:5,17;11:1,
22;13:11
**neglected (1)**
7:17
**new (2)**
11:2,2
**norm (2)**
11:2,3
**note (5)**
4:25;5:3;8:20;
11:10;13:2
**notes (1)**
10:1
**notice (8)**
10:1,10,15;11:15;
12:1,14,25;13:2
**noticed (4)**
5:1;12:6,16;13:6
**notices (1)**
9:15
**number (1)**
12:14

## O

**object (2)**
4:25;5:1
**objections (25)**
4:18;5:8,20,23,25;
6:3,11,19,22;7:2,6,9,
15,20;8:1,9,13,16;
9:16;11:10,18;12:7,
17,21;13:10
**OFFICER (4)**
4:1;5:6,7;13:22
**official (2)**
9:12;12:2
**Olson (1)**
5:18
**Once (3)**
5:21;7:20;12:20
**one (4)**
11:14,16;12:1,25
**order (2)**
4:4;12:4
**orders (1)**
8:21
**out (1)**
10:15
**outset (1)**
5:13
**overlooked (1)**
10:5

## P

**parties (4)**
9:15;12:6,17;
13:19
**Partners (2)**
7:25;8:4
**party (1)**
7:18
**Paula (1)**
9:8
**payment (1)**
12:11
**period (1)**
11:17
**perspective (1)**
12:14
**Phillips (1)**
4:3
**plan (3)**
4:10;7:8;8:14
**planning (1)**
6:18
**pleading (1)**
11:5
**Please (2)**
4:3;7:19
**podium (2)**
9:3;11:8
**postage (1)**
10:4
**post-effective-date (1)**
13:5
**pre-paid (1)**
10:4
**present (1)**
4:22
**presiding (1)**
4:3
**previously (1)**
8:13
**Prime (2)**
6:10,14
**procedures (1)**
12:3
**proceed (1)**
5:4
**proceedings (1)**
13:23
**professional (1)**
4:16
**professionals (5)**
4:14;8:8,20;9:12;
13:17
**properly (2)**
9:20;11:7
**proposed (1)**
8:21
**Protiviti (2)**
12:15,19
**provided (1)**
10:3
**provider (1)**
7:15
**pursuant (2)**

11:14;12:3

## R

**real (1)**
8:1
**Realty (2)**
7:25;8:4
**reasonable (12)**
5:16,24;6:6,22;
7:10,22;8:4,17;
11:22;12:11,21;
13:10
**received (2)**
5:8;9:16
**record (1)**
9:8
**regard (1)**
13:20
**regular (1)**
10:4
**reimbursement (2)**
12:2;13:4
**reorganization (2)**
4:13;7:7
**reorganized (1)**
4:9
**report (1)**
4:17
**represent (1)**
9:13
**representing (1)**
9:19
**represents (1)**
7:10
**request (4)**
11:19;12:8,18;
13:6
**requested (5)**
6:8,15;11:24;
12:23;13:13
**requisite (4)**
9:15,15;12:6,16
**resolved (1)**
8:15
**resource (1)**
7:15
**respectfully (4)**
11:19;12:7,18;
13:6
**restructuring (1)**
5:6
**result (2)**
7:7;8:13
**retainer (1)**
7:5
**review (1)**
11:21
**reviewed (10)**
5:10,21;6:4,13;
7:4;8:3,11;12:9,19;
13:8
**right (19)**

THE GYMBOREE CORPORATION, et al.
Case No. 17-32986-KLP

December 11, 2017

4:20,21;5:10,21;
6:4,13;7:4,17;8:11,
24;9:17;10:17,20,25;
11:21;12:9,19;13:8,
16
**rise (2)**
4:1;13:22
**Rock (2)**
6:2,5
**rules (1)**
9:23

## S

**same (2)**
12:8,18
**saw (1)**
9:18
**seated (1)**
4:4
**second (1)**
12:1
**seemed (1)**
11:2
**send (1)**
10:15
**September (1)**
4:10
**served (6)**
9:14,20;10:11,19,
21;11:7
**service (5)**
9:18,24,25;11:3,4
**Services (12)**
5:6,15,23;6:5,22;
7:10,22;8:4,16;
11:22;12:21;13:10
**session (1)**
4:3
**shortly (2)**
8:22;10:3
**Siegfried (1)**
7:14
**similar (2)**
5:12;12:16
**sought (1)**
5:14
**speak (1)**
7:19
**start (2)**
5:5;9:17
**States (1)**
4:1
**steer (1)**
4:15
**submitted (1)**
8:21
**success (1)**
5:11
**successful (5)**
4:13;5:13;7:8;9:2;
13:18
**successfully (2)**

6:7;8:15
**supplemental (3)**
13:2,9,12
**sure (3)**
10:6,7;11:6

## T

**table (1)**
9:10
**Tavenner (6)**
9:9,14;10:9,10,15;
11:17
**technically (2)**
10:13,18
**terminology (1)**
10:13
**thereto (1)**
9:13
**there've (3)**
6:22;7:6;11:10
**thought (1)**
4:11
**today (2)**
4:16;9:11
**Tolles (1)**
5:18
**Touche (1)**
6:17
**Touche's (1)**
6:21
**traditionally (1)**
11:4
**Trustee (4)**
4:22,23,25,25
**two (2)**
8:22;12:16

## U

**United (1)**
4:1
**unsecured (2)**
9:12;12:3
**up (1)**
7:19
**update (1)**
4:11
**uploaded (1)**
8:22
**used (1)**
11:3

## V

**Virginia (1)**
4:2

## W

**way (2)**
4:15,19
**Whereupon (1)**

13:23
**wishes (1)**
7:18

## 1

**11 (3)**
5:4;7:8;8:14
**11:15 (1)**
13:23

## 2

**2 (1)**
5:19
**29th (1)**
4:10

## 3

**3 (2)**
6:1;12:14

## 4

**4 (1)**
6:9

## 5

**5 (1)**
6:16

## 6

**6 (1)**
6:25

## 7

**7 (1)**
7:13
**783 (1)**
10:9

## 8

**8 (1)**
7:24

## 9

**9 (1)**
8:7